# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JASON E. MACKEY,**

    **Petitioner,**

    v.                              **Case No. 2:15-cv-00405**
                                    **JUDGE MARBLEY**
**WARDEN, ROSS CORRECTIONAL**      **Magistrate Judge King**
**INSTITUTION,**

    **Respondent.**

## ORDER

On June 7, 2016, the United States Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, *Petition* (ECF No. 3), be denied as procedurally defaulted and that this action be dismissed. *Report and Recommendation* (ECF No. 11). Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* (ECF No. 11) is **ADOPTED AND AFFIRMED**. The *Petition* (ECF No. 3) is **DENIED** as procedurally defaulted and this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                                   /s/ Algenon L. Marbley
                                                                     **Algenon L. Marbley**
                                                                 **United States District Judge**

**DATED: June 30, 2016**